IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| HAROLD L. DORTCH, )<br>  )<br>    Plaintiff, )<br>  )<br>    v. )<br>  )<br>NURSE CRAWFORD and TAHIR )<br>SIDDIQ, )<br>  )<br>    Defendants. ) | CIVIL ACTION NO.<br>2:20cv293-MHT<br>(WO) |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 65) is adopted to the extent set forth in the memorandum opinion entered today.

(2) Defendants' motions for summary judgment (Doc. 26 and Doc. 53) are granted.

(3) Judgment is entered in favor of defendants and against plaintiff, with plaintiff taking nothing by his complaint.

(4) No costs are taxed against plaintiff.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 31st day of July, 2023.

                                        /s/ Myron H. Thompson  
                                    **UNITED STATES DISTRICT JUDGE**